**STATE of Missouri, Respondent,**

v.

**Scott BRASEL, Appellant.**

**No. WD 51665.**

Missouri Court of Appeals, Western District.

Oct. 1, 1996.

Laura E. O'Sullivan, Asst. Public Defender, St. Joseph, for appellant.

Dwight K. Scroggins, Pros. Atty., Buchanan County, St. Joseph, for respondent.

Before HANNA, P.J., and SMART and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

The defendant, Scott Brasel, appeals from his conviction by a jury of violating an order of protection, §§ 455.050 and 455.085, RSMo 1994, a class A misdemeanor. He was sentenced to a term of nine months in the Buchanan County Law Enforcement Center as a persistent misdemeanor offender. § 558.016, RSMo (1994).

Affirmed. Rule 30.25(b).

■

**John DYSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52439.**

Missouri Court of Appeals, Western District.

Oct. 1, 1996.

Rosemary E. Percival, Asst. Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegan, Asst. Atty. Gen., Jefferson City, for Respondent.

Before HANNA, P.J., and SMART and EDWIN H. SMITH, JJ.

## *ORDER*

*PER CURIAM.*

Appeal from denial of Rule 24.035 motion without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).